■ In the Matter of ERIE COUNTY DEPARTMENT OF SOCIAL SERVICES, on Behalf of DEBORAH A. R., Respondent, v FELIX M. C., Appellant. (Appeal No. 1.) [619 NYS2d 1019] —Appeal unanimously dismissed without costs. Same Memorandum as in Matter of Erie County Dept. of Social Servs. (Deborah A. R.) v Felix M. C. (209 AD2d 1031 [decided herewith]). (Appeal from Order of Erie County Family Court, Aman, H.E.—Child Support.) Present—Lawton, J. P., Fallon, Wesley, Doerr and Boehm, JJ.